UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:04-CR-270-1H

FILED
FEB 25 2015
JULIE RICHARDS JOHNSTON, CLERK
BY US DISTRICT COURT, EDNC
___ DEP CLK

| | | |
|---|---|---|
| United States Of America | ) | |
| | ) | |
| vs. | ) | AMENDED ORDER CONTINUING |
| | ) | SUPERVISION |
| Mario Lamont Johnson | ) | |

On February 9, 2005, Mario Lamont Johnson appeared before the Honorable Malcolm J. Howard, Senior U.S. District Judge in the Eastern District of North Carolina, and upon a plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute More than 5 Grams of Cocaine Base in violation of 21 U.S.C. § 846, was sentenced to the custody of the Bureau of Prisons for a term of 120 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 5 years upon release from imprisonment. Mario Lamont Johnson was released from custody and the term of supervised release commenced on May 31, 2013.

From evidence presented at the revocation hearing on February 24, 2015, the court finds as a fact that Mario Lamont Johnson, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. The offender has absconded from supervision.

It now appears that the ends of justice would best be served by denying the motion for revocation before the court this date and continuing supervision under the original terms and conditions imposed in this case. Defendant is given credit for time served (54 days). Defendant is to be released from custody on Wednesday, February 25, 2015.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be continued.

This the 24th day of February, 2015.

Malcolm J. Howard
Senior U.S. District Judge